| | | | |
|---|---|---|---|
| Case No.: | CV 17-01200 BRO (RAO) | Date: | August 15, 2017 |
| Title: | Michael F. Langrock v. County of Ventura, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Sandra L. Butler | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE RE FAILURE TO TIMELY FILE A THIRD AMENDED COMPLAINT**

After screening Plaintiff Michael F. Langrock's ("Plaintiff's") Second Amended Complaint, on July 13, 2017, the Court issued an order dismissing the Second Amended Complaint with leave to amend. (Dkt. No. 20.) The Court's order noted that Plaintiff sufficiently pled claims against two individuals but that other claims were subject to dismissal. Plaintiff was given until August 3, 2017, to file a Third Amended Complaint if he wished to proceed in this matter.

The Court's July 13 order specifically warned Plaintiff that his failure to timely file an amended complaint could result in the dismissal of this action with or without prejudice on the grounds stated in the order or for failure to diligently prosecute. (Dkt. No. 20 at 9.) However, to date, the Court has not received a Third Amended Complaint, or any other filing, from Plaintiff.

In light of the foregoing, **IT IS ORDERED** that Plaintiff must show cause, in writing, on or before **September 5, 2017**, why this case should not be dismissed for failure to prosecute and to comply with Court orders. Alternatively, Plaintiff may file a Third Amended Complaint in accordance with the Court's July 13, 2017 Order Dismissing Second Amended Complaint with Leave to Amend. (*See* Dkt. No. 20.) **Plaintiff's failure to timely respond to this Order will result in a recommendation that this case be dismissed.**

IT IS SO ORDERED.

| | : | |
|---|---|---|
| | Initials of Preparer | slb |