UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 17-01200 VBF (RAO) | Date: | September 18, 2018 |
| Title: | Michael F. Langrock v. County of Ventura, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE**

On September 8, 2017, Plaintiff Michael F. Langrock ("Plaintiff"), proceeding *pro se*, filed the operative Third Amended Complaint under 42 U.S.C. § 1983. (Dkt. No. 24.) Pursuant to the Court's June 11, 2018 scheduling order, each party was required to file and serve a status report by September 11, 2018. (*See* Dkt. No. 48 at 4.) Defendants timely filed their status report (Dkt. No. 61), but to date, Plaintiff has not filed his status report.

Accordingly, Plaintiff is **Plaintiff is ordered to show cause, in writing, no later than September 28, 2018,** why this action should not be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Alternatively, Plaintiff may discharge this Order by filing and serving his status report on or before this deadline.

**Plaintiff is expressly advised that failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | dl |