# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL F. LANGROCK**, <br><br> Plaintiff, <br><br> v. <br><br> Ventura County Deputy Sheriff Meinheit and Ventura County Deputy Sheriff Medina, <br><br> Defendants. | Case No. LA CV 17-01200-VBF-RAO <br><br> **ORDER ADOPTING THE R&R:** <br> DISMISSING THE THIRD AMENDED COMPLAINT, DIRECTING ENTRY OF SEPARATE JUDGMENT, AND TERMINATING THE CASE (JS-6) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the record, the Magistrate's Report and Recommendation, and the applicable law. Plaintiff has not filed objections. Finding no error of law, fact, or logic in the R&R, **the R&R [Doc #64] is ADOPTED, and the Third Amended Complaint [Doc #24] is DISMISSED with prejudice**. Final judgment will be entered separately.

The case shall be **TERMINATED** and closed (JS-6).

Dated: November 16, 2018

                                               VALERIE BAKER FAIRBANK
                                               Senior United States District Judge