JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **Michael F. Langrock,** | Case No. LA CV 17-01200-VBF-RAO |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| Ventura County Deputy Sheriff Medina and Ventura County Deputy Sheriff Meinheight, | |
| Defendants. | |

**Final judgment is hereby entered in favor of all defendants and against plaintiff Michael F. Langrock.** IT IS SO ADJUDGED.

Dated: November 19, 2018

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge